Decided October 29, 1895.

## DENNY *v.* THOMPSON.

APPEAL from Multnomah: E. D. SHATTUCK, Judge.

Action by O. N. Denny as receiver of the Portland Savings Bank against David P. Thompson for the possession of certain promissory notes that had been delivered to him to secure him against liability on certain bonds. There was a judgment for plaintiff and defendant appealed.

*Messrs. Dolph, Nixon and Dolph,* for appellant.

*Messrs. Dolph, Mallory and Simon,* for respondent.

PER CURIAM. Pursuant to the stipulation of the parties hereto, the appeal in this cause will be dismissed.                                DISMISSED.

Argued November 20; decided December 23, 1895.

## W. R. WILLIS *v.* G. A. SMITH.
[42 Pac. 990.]

APPEAL from Douglas: J. C. FULLERTON, Judge.

*Mr. W. R. Willis, in pro. per.,* for appellant.

*Mr. J. W. Hamilton,* for respondent.

Opinion by MR. CHIEF JUSTICE BEAN.

This is a proceeding by garnishment. The pleadings are identical with those in the case of P. L. Willis against the same defendants, 28 Or. 265, except as to the date of the garnishment, and the date and